**Opinion issued January 12, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-22-00871-CV**

———————————

**IN RE RECORD SOLUTIONS, LLC, DEPO HOLDINGS, LLC, AND CHRONICLE BIDCO INC., Relators**

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Record Solutions, LLC, Depo Holdings, LLC, and Chronicle Bidco Inc., have filed a petition for writ of mandamus, challenging the trial court's ruling on a motion to compel.[1]

---

[1] The underlying case is *Record Solutions, LLC, Depo Holdings, LLC and Chronicle Bidco Inc. v. Merten Rice, Drew Murr, Tyler Stillwell, Monique Connor, and Banjaxed Solutions, LLC*, Cause No. 2021-02370, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.

We deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Countiss and Rivas-Molloy.